# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>MARCUS MARLVIN HUNT<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   4:20 MJ 7179 SPM<br>)<br>)<br>)   SIGNED AND SUBMITTED TO THE COURT FOR<br>)   FILING BY RELIABLE ELECTRONIC MEANS<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 30, 2020__ in the county of __City of St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:842(p)(2)(A) | Distribution of Information Relating to Explosives, Destructive Devices, and Weapons of Mass Destruction |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.
I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

Joseph T. Cichacki, SLMPD
*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: May 31, 2020

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*