IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-mj-07179-SPM |
| | ) |
| MARCUS HUNT, | ) |
| | ) |
| Defendant. | |

**DEFENDANT'S CORRECTIONS TO THE PRETRIAL SERVICES REPORT**

Defendant, Marcus Hunt, through his attorney, Assistant Federal Public Defender Rachel Korenblat, files the below corrections to his Pretrial Services Report, Dkt. No. 10:

Page 1: Mr. Hunt has been employed as a volunteer the past four years, as described on page 2 of the Report.  During this time, Mr. Hunt has also earned income from odd jobs, such as consulting, moving furniture and other labor-related jobs.

From ages 7 to 18, Mr. Hunt lived in Georgia, which explains why his partner believed he was born in Georgia according to the Pretrial Services Supplemental Report, Dkt.No. 15.

Page 2: For several years, Mr. Hunt knew of his current partner through mutual friends, but they did not begin a relationship until the beginning of this year.  Mr. Hunt and his partner are currently engaged, but there is no specific fixed date when this change in their relationship occurred.  Rather, their engagement is a result of a series of conversations for the past several weeks and months.

Mr. Hunt has earned fluctuating amounts of money due to odd jobs, as noted above, averaging about $300 to $500 a month.  About five years ago, Mr. Hunt participated in AmeriCorps.  Mr. Hunt still considers himself affiliated with the program.  Mr. Hunt uses the tools he learned through AmeriCorps for his homelessness advocacy.

Page 5:  Mr. Hunt objects to the Pretrial Report's recitation of the alleged offense conduct.

Mr. Hunt maintains all arguments his defense counsel previously submitted to the Court at his detention hearing.  Significantly, Mr. Hunt has a stable home plan with his partner and is willing to find more traditional types of employment if released.  This Court should therefore deny the government's motion seeking his detention and release him pursuant to supervision conditions.

Dated June 9, 2020

                                      Respectfully submitted,

                                      /s/Rachel M. Korenblat
                                      RACHEL M. KORENBLAT
                                      Assistant Federal Public Defender
                                      1010 Market Street, Suite 200
                                      St. Louis, Missouri 63101
                                      Telephone: (314) 241-1255
                                      Fax: (314) 421-3177
                                      E-mail: Rachel_Korenblat@fd.org
                                      ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

Assistant Federal Public Defender Rachel Korenblat certifies that she caused the Defendant's Corrections to Pretrial Report to be filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney, Sirena Wissler.

Dated June 9, 2020.

/s/ Rachel Korenblat