IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  4:20 MJ 7179 SPM |
| | ) |
| v. | ) |
| | ) |
| MARCUS MARLVIN HUNT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO DISMISS CRIMINAL COMPLAINT**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Jeffrey B. Jensen, and Sirena Miller Wissler, Assistant United States Attorneys for said District and hereby moves to dismiss the pending Criminal Complaint against defendant Marcus Marlvin Hunt.  After consultation with the United States Pre-Trial Services Office, and with its participation, the parties intend to enter into a Pre-Trial Diversion Agreement.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Sirena Miller Wissler
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

## **CERTIFICATE OF SERVICE**

 hereby certify that on June 11, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and by United States mail to the attorneys for the defendant.

*/s/ Sirena Miller Wissler*
SIRENA MILLER WISSLER# 55374MO
Assistant United States Attorney